UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RODNEY D. CHARLES | CIVIL ACTION NO. 07-0894 |
| VERSUS | JUDGE STAGG |
| CITY OF SHREVEPORT | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Rodney Charles ("Plaintiff") filed a complaint that alleges a Shreveport police officer violated his civil rights in connection with a traffic stop and arrest. The court recently granted the parties leave to conduct discovery. Plaintiff then filed a document titled "Bill of Information" (Doc. 13) that appears to request the production of documents related to his claim.

Requests for Production of Documents are not to be filed with the court. Plaintiff must serve such matters on counsel for the City, but not file them with the court. Plaintiff asks that the requested documents be made available to himself and the court. Plaintiff should be aware that the court does not assist or participate in the discovery process at that initial stage.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 23rd day of July, 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE